UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KATHERINE D. WALL, | ) CV 09-02807-SH |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION J | ) |
| Defendant, | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: July 13, 2010

\_\_\_\_/ s /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE